# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00223-CV

**In re Joe Jones**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### O R D E R

**PER CURIAM**

On April 11, 2014, relator Joe Jones filed a petition for writ of mandamus seeking relief from the trial court's oral ruling requiring him to appear for deposition and to produce documents. *See* Tex. R. App. P. 52.8, 52.10. That same day, we stayed the trial court's ruling "including any requirement that Jones appear and provide testimony or produce documents."

We hereby lift the stay with regard to the trial court's ruling requiring that Jones appear for deposition. However, we continue to stay the trial court's ruling requiring that Jones produce the requested documents. The parties shall file a joint report sixty days from the date of this order informing this Court about the status of the discovery dispute.

It is so ordered July 15, 2014.

Before Justices Puryear, Goodwin, and Field